IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LATOYA TYREE JOHNSON,<br>　　　　　　　　　　　*Plaintiff,* | CIVIL ACTION NO. 6:12-cv-00037 |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　　　*Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the court on the parties' cross Motions for Summary Judgment (docket nos. 13[1] and 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 16, hereinafter "Report").  Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.  The parties filed cross motions for summary judgment, and on August 27, 2013, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 13) be denied, and the Commissioner's Motion for Summary Judgment (docket no. 14) be granted.  After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

　　　　Accordingly:

　　　　1.　　The Report of August 27, 2013, is hereby ADOPTED in its entirety;

---

[1] Johnson, proceeding *pro se*, filed a written brief and no formal motion for summary judgment.  As did Magistrate Judge Ballou, I will construe her brief (docket no. 13) as a motion for summary judgment.


- 2 -

2. Plaintiff's Brief (construed as a motion for summary judgment) (docket no. 13) is hereby DENIED;

3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby GRANTED; and

4. This case is hereby DISMISSED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this 17th day of September, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE